764 F.2d 1325
 Sandra TURNER, Debra Scruggs, Jerrylean Baker, on behalf of
themselves and all others similarly situated,
Plaintiffs-Appellees,
v.
Jerold PROD, individually and in his official capacity as
the Executive Director of the Department of Social
Services of the State of California; et
al., Defendants-Appellants,
DEPARTMENT OF SOCIAL SERVICES OF the STATE OF CALIFORNIA,
Defendant and Third-Party Plaintiff-Appellant,
v.
Margaret HECKLER, Secretary of Health and Human Services,
Third Party Defendant-Appellant.
 Nos. 82-4552, 82-4566, 82-4567 and 82-4599.
 United States Court of Appeals,
Ninth Circuit.
 July 2, 1985.
 
 Mark N. Aaronson, Gwenda Jones Kelley, Baltimore, Md., for plaintiffs-appellees.
 John J. Klee, Jr., San Francisco, Cal., for defendants-appellants.
 Before SKOPIL and FERGUSON, Circuit Judges.
 
 ORDER
 
 1
 In accordance with the mandate of the Supreme Court in Heckler v. Turner, --- U.S. ----, 105 S.Ct. 1138, 84 L.Ed.2d 138 (1985), the judgment of the district court is
 
 
 2
 REVERSED.
 
 
 3
 The mandate shall issue forthwith.